UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 4:20-cr-022-TRM-SKL-05 |
| v. | ) | |
| | ) | |
| CHRISTINA COTHAM | ) | |

## AMENDED REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b), I conducted a plea hearing in this case on March 23, 2021. At the hearing, defendant moved to withdraw her not guilty plea to Count Twelve of the twelve-count Indictment and entered a plea of guilty to Count Twelve of the Indictment, in exchange for the undertakings made by the government in the written plea agreement. On the basis of the record made at the hearing, I find the defendant is fully capable and competent to enter an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by defendant; the plea is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; the defendant understands the nature of the charge and penalties provided by law; and the plea has a sufficient basis in fact.

Therefore, I **RECOMMEND** defendant's motion to withdraw her not guilty plea to Count Twelve of the Indictment be granted, her plea of guilty to Count Twelve of the Indictment be accepted, the Court adjudicate defendant guilty of the charges set forth in Count Twelve of the Indictment, and a decision on whether to accept the plea agreement be deferred until sentencing. At the change of plea hearing, Defendant was detained pending sentencing with the caveat that Defendant could file a motion seeking release if a bed became available at CADAS. On April 2, 2021, a hearing was held on Defendant's unopposed motion pursuant to 18 U.S.C. §§ 3143(a) & 3145(c) for release on bond pending sentencing [Doc. 133]. The government did not oppose Defendant's release on bond with conditions until sentencing in this matter. I find exceptional

reasons are present in this matter pursuant to 18 U.S.C. § 3145(c). Defendant's unopposed motion for release on bond pending sentencing is **GRANTED**. Therefore, I further **RECOMMEND** defendant remain on bond until sentencing in this matter. Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

NOTICE TO PARTIES

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. Failure to file objections within fourteen days constitutes a waiver of any further right to challenge the plea of guilty in this matter. See 28 U.S.C. §636(b).