UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:20-cr-22 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| CHRISTINA COTHAM ) | |
| ) | Magistrate Judge Susan K. Lee |
| ) | |

**ORDER**

Magistrate Judge Susan K. Lee filed an amended report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw her not guilty plea as to Count Twelve of the twelve-count Indictment; (2) accept Defendant's guilty plea as to Count Twelve; (3) adjudicate the Defendant guilty of Count Twelve; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) Defendant will remain on bond under appropriate conditions of release pending sentencing in this matter (Doc. 143). Neither party filed a timely objection to the amended report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's amended report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's amended report and recommendation (Doc. 143) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count Twelve of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Twelve is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count Twelve;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** on bond under appropriate conditions of release until sentencing in this matter which is scheduled to take place on **July 23, 2021 at 9:00 a.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**